**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JODY LaROCK o/b/o M.K.,**

    **Plaintiff,**

  **v.**             7:10-CV-1019

**MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Conboy, McKay Law Firm<br>307 State Street<br>Carthage, NY 13619<br>Counsel for Plaintiff | Lawrence D. Hasseler, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Andreea L. Lechleitner, Esq.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### **ORDER**

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 29th day of April 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability benefits is affirmed pursuant to sentence 4 of 42 U.S.C. Section 405(g).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 17, 2011
Syracuse, New York

*[signature]*

Norman A. Mordue
Chief United States District Court Judge