# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**JODY LaROCK o/b/o M.K.**
                          **Plaintiff**

      **vs.**                                  **CASE NUMBER: 7:10-CV-1019**
                                                        **(NAM/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**
                          **Defendant**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety. The Commissioner's decision denying disability benefits is AFFIRMED pursuant to sentence 4 of 42 U.S.C. § 405(g).

All of the above pursuant to the Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 17th day of May, 2011.

DATED: May 17, 2011

*[signature]*
Clerk of Court

                                                         s/ Melissa Ennis
                                                         Melissa Ennis
                                                         Deputy Clerk